# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: KONOPKA, PEGGY J                    §    Case No. 11-80223
                                           §
                                           §
Debtor(s)                                  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JAMES E. STEVENS                    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 09/07/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  08/03/2011            By:  /s/JAMES E. STEVENS
                                              Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: KONOPKA, PEGGY J | § | Case No. 11-80223 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $     6,795.08

*and approved disbursements of*     $     13.03

*leaving a balance on hand of* [1]     $     6,782.05

**Balance on hand:**     $     6,782.05

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | None | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    6,782.05

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,429.51 | 0.00 | 1,429.51 |

Total to be paid for chapter 7 administration expenses:    $    1,429.51
Remaining balance:    $    5,352.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | None | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    5,352.54

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,352.54 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,706.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 93.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 5,457.92 | 0.00 | 5,119.27 |
| 2 | GE Money Bank | 248.70 | 0.00 | 233.27 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,352.54 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**_____ 0.00

Remaining balance: **$**_____ 0.00

Prepared By:   /s/JAMES E. STEVENS_____

Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 11-80223-MB
Peggy J Konopka                                                                 Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez          Page 1 of 1          Date Rcvd: Aug 05, 2011
                             Form ID: pdf006         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2011.
db            Peggy J Konopka,   3202 Elaine Drive,   Woodstock, IL  60098-7512
aty           David L. Stretch,   Law Office of David L. Stretch,   5447 West Bull Valley Road,
              McHenry, IL  60050-7410
tr            +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
              Rockford, IL 61108-2582
16696752      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One, N.A.,   Bankruptcy Dept,   PO Box 5155,
              Norcross, GA 30091)
17002825      Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
              Charlotte, NC  28272-1083
16696751      Capital One Bank (USA), N.A.,   PO Box 6492,   Carol Stream, IL 60197-6492
16696753      Centegra Health System,   PO Box 1990,   Woodstock, IL 60098-1990
16696754      +Chase,   9601 Mcallister Freeway,   San Antonio, TX 78216-4681
16696756      Gummerson Rausch et al.,   101 South Benton Street,   Suite 201,   Woodstock, IL 60098-3289
16696757      +Harris N.A.,   3800 Golf Road,   Suite 300,   Rolling Meadows, IL 60008-4005
16696760      +Household Bank MasterCard,   HSBC Card Services,   PO Box 17051,   Baltimore, MD 21297-1051
16696761      +Integrated Health,   1 S. Virginia Street,   Crystal Lake, IL 60014-5826
16696762      +Keough & Moody, P. C.,   1250 East Diehl Road,   Suite 405,   Naperville, IL 60563-9389
16696763      +Medical Recovery Specialists, Inc.,   2250 East Devon Avenue, Suite 352,
              Des Plaines, IL 60018-4519
16696764      +University of Iowa Health Care,   Payment Processing Center,   PO Box 402000,
              Des Moines, IA 50940-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17322701      E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2011 01:33:40     GE Money Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,  Miami FL 33131-1605
16696755      +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2011 01:33:40     GEMB / JCP,   Attention: Bankruptcy,
              PO Box 103104,   Roswell, GA 30076-9104
                                                                                    TOTAL: 2


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
              Rockford, IL 61108-2582
aty*          +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
              Rockford, Il 61108-2582
16696758*     +Harris N.A.,   3800 Golf Road,   Suite 300,   Rolling Meadows, IL 60008-4005
16696759*     +Harris N.A.,   3800 Golf Road,   Suite 300,   Rolling Meadows, IL 60008-4005
                                                                     TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).




**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**




**Date: Aug 07, 2011**                          **Signature:**       *Joseph Speetjens*