# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: KONOPKA, PEGGY J | § | Case No. 11-80223 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $291,474.00           Assets Exempt:  $124,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,352.54      Claims Discharged
                                                Without Payment: $145,211.33

Total Expenses of Administration:  $1,442.54

3) Total gross receipts of $    6,795.08    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00       (see **Exhibit 2** ), yielded net receipts of $6,795.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $221,664.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,442.54 | 1,442.54 | 1,442.54 |
|    PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 149,826.25 | 5,706.62 | 5,706.62 | 5,352.54 |
| **TOTAL DISBURSEMENTS** | $371,490.25 | $7,149.16 | $7,149.16 | $6,795.08 |

4)  This case was originally filed under Chapter 7 on January 20, 2011.
The case was pending for 9 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/27/2011          By:  /s/JAMES E. STEVENS
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Income Tax Refund | 1224-000 | 6,795.00 |
| Interest Income | 1270-000 | 0.08 |
| **TOTAL GROSS RECEIPTS** | | $6,795.08 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Harris N.A. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris N.A. | 4110-000 | 3,215.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris N.A. | 4110-000 | 218,449.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $221,664.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,429.51 | 1,429.51 | 1,429.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 13.03 | 13.03 | 13.03 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | 1,442.54 | 1,442.54 | 1,442.54 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 4,721.00 | 5,457.92 | 5,457.92 | 5,119.27 |
| 2 | GE Money Bank | 7100-000 | 248.00 | 248.70 | 248.70 | 233.27 |
| NOTFILED | Integrated Health | 7100-000 | 507.72 | N/A | N/A | 0.00 |
| NOTFILED | University of Iowa Health Care Payment Processing | 7100-000 | 750.72 | N/A | N/A | 0.00 |
| NOTFILED | Medical Recovery Specialists, Inc. | 7100-000 | 124.04 | N/A | N/A | 0.00 |
| NOTFILED | Household Bank MasterCard HSBC Card Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank (USA), N.A. | 7100-000 | 1,601.79 | N/A | N/A | 0.00 |
| NOTFILED | Gummerson Rausch et al. | 7100-000 | 3,238.95 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System | 7100-000 | 671.03 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 137,963.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 149,826.25 | 5,706.62 | 5,706.62 | 5,352.54 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: | 11-80223 |
| Case Name: | KONOPKA, PEGGY J |
| | |
| Period Ending: 10/27/11 | |

| | |
|---|---|
| Trustee: | (330420)   JAMES E. STEVENS |
| Filed (f) or Converted (c): | 01/20/11 (f) |
| §341(a) Meeting Date: | 02/28/11 |
| Claims Bar Date: | 06/07/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3202 Elaine Drive, Woodstock, Illinois 60098<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Location: 3202 Elaine Drive, Woodstock IL 60098-<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 30.00 | 0.00 | DA | 0.00 | FA |
| 3 | Golden Eagle Bank Money Market account<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Golden Eagle Community Bank checking account # x<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Harris Bank Checking Account # xxxx-5460<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 9.00 | 9.00 | DA | 0.00 | FA |
| 6 | Harris Bank Savings Account # xxxx-5327<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 35.00 | 35.00 | DA | 0.00 | FA |
| 7 | Location: 3202 Elaine Drive, Woodstock IL 60098-<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 700.00 | 0.00 | DA | 0.00 | FA |
| 8 | Location: 3202 Elaine Drive, Woodstock IL 60098-<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 600.00 | 0.00 | DA | 0.00 | FA |
| 9 | Beneficiary of Metropolitan Life Insurance Compa<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | JC Penney 401(k) plan<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 17,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2004 Nissan Murano, 189,000 miles, fair conditio<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 6,680.00 | 6,680.00 | DA | 0.00 | FA |
| 12 | 2005 Ford Mustang, 89,000 miles, good condition. | 7,225.00 | 1,610.00 | DA | 0.00 | FA |

Printed: 10/27/2011 02:46 PM    V.12.57

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-80223 | Trustee:        (330420)    JAMES E. STEVENS |
| Case Name:   KONOPKA, PEGGY J | Filed (f) or Converted (c): 01/20/11 (f) |
| | §341(a) Meeting Date:    02/28/11 |
| Period Ending: 10/27/11 | Claims Bar Date:    06/07/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | Income Tax Refund  (u) | 6,795.00 | 6,795.00 | DA | 6,795.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.08 | FA |
| 14 | **Assets**    **Totals** (Excluding unknown values) | **$291,474.00** | **$15,129.00** | | **$6,795.08** | **$0.00** |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):        July 31, 2011        Current Projected Date Of Final Report (TFR):        August 3, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 11-80223 | |
| Case Name: | KONOPKA, PEGGY J | |
| | | |
| Taxpayer ID #: | **-***6165 | |
| Period Ending: | 10/27/11 | |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******33-65 - Money Market Account |
| Blanket Bond: | $372,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/11 | {13} | Philip and Peggy Konopka | income tax refund | 1224-000 | 6,795.00 | | 6,795.00 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 6,795.03 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 6,795.08 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 13.03 | 6,782.05 |
| 08/03/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 6,782.05 |
| 08/03/11 | | To Account #9200******3366 | transfer to checking to close money market<br>account | 9999-000 | | 6,782.05 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 6,795.08 | 6,795.08 | $0.00 |
| Less: Bank Transfers | 0.00 | 6,782.05 | |
| Subtotal | 6,795.08 | 13.03 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $6,795.08 | $13.03 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-80223 | |
| **Case Name:** | KONOPKA, PEGGY J | |
| **Taxpayer ID #:** | **-***6165 | |
| **Period Ending:** | 10/27/11 | |

| | |
|---|---|
| **Trustee:** | JAMES E. STEVENS (330420) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******33-66 - Checking Account |
| **Blanket Bond:** | $372,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/03/11 | | From Account #9200******3365 | transfer to checking to close money market account | 9999-000 | 6,782.05 | | 6,782.05 |
| 09/08/11 | 101 | JAMES E. STEVENS | Dividend paid 100.00% on $1,429.51, Trustee Compensation;  Reference: | 2100-000 | | 1,429.51 | 5,352.54 |
| 09/08/11 | 102 | Capital One Bank (USA), N.A. | Dividend paid  93.79% on $5,457.92; Claim# 1; Filed: $5,457.92; Reference: | 7100-000 | | 5,119.27 | 233.27 |
| 09/08/11 | 103 | GE Money Bank | Dividend paid  93.79% on $248.70; Claim# 2; Filed: $248.70; Reference: | 7100-000 | | 233.27 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 6,782.05 | 6,782.05 | $0.00 |
| Less: Bank Transfers | 6,782.05 | 0.00 | |
| **Subtotal** | 0.00 | 6,782.05 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $6,782.05 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******33-65** | 6,795.08 | 13.03 | 0.00 |
| **Checking # 9200-******33-66** | 0.00 | 6,782.05 | 0.00 |
| | $6,795.08 | $6,795.08 | $0.00 |